UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
PERINAR, GARY G, SR §   Case No. 10-31464
PERINAR, NANCY J §
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/15/2010 . The undersigned trustee was appointed on 07/16/2010 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized gross receipts of         $     121,667.74

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 977.50 |
| Bank service fees | 784.29 |
| Other payments to creditors | 1,120.71 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of[1]     $     118,785.24

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 11/22/2010 and the deadline for filing governmental claims was 11/22/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 9,333.39. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 9,333.39, for a total compensation of $ 9,333.39 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00, and now requests reimbursement for expenses of $ 95.02, for total expenses of $ 95.02 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/29/2012              By:/s/MICHAEL G. BERLAND
                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1
Exhibit A

| Case No: | 10-31464 BL Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | PERINAR, GARY G, SR | Date Filed (f) or Converted (c): | 07/15/10 (f) |
|  | PERINAR, NANCY J | 341(a) Meeting Date: | 08/19/10 |
| For Period Ending: | 05/29/12 | Claims Bar Date: | 11/22/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. First Midwest Bank 5096-scheduled | 7,757.02 | 7,757.02 |  | 7,757.02 | FA |
| 2. First Midwest Bank 3013-scheduled | 3,834.83 | 3,834.83 |  | 3,834.83 | FA |
| Part of check for $20, 203.88 |  |  |  |  |  |
| 3. First Midwest Bank 6010-scheduled | 8,612.03 | 8,612.03 |  | 8,612.03 | FA |
| Part of check for $20, 203.88 |  |  |  |  |  |
| 4. First Midwest account 9447-scheduled | 44,000.00 | 6,452.44 |  | 6,452.44 | FA |
| The trustee detrmined some on the monies in this account were not exempt. |  |  |  |  |  |
| 5. Household furniture-scheduled | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 6. Wearing apparel-scheduled | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7. Wedding bank & diamond-scheduled | 500.00 | 0.00 | DA | 0.00 | FA |
| 8. Shotgun-scheduled | 50.00 | 0.00 | DA | 0.00 | FA |
| 9. Term life policy-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 10. First Midwest IRA 0018-scheduled | 10,966.00 | 0.00 | DA | 0.00 | FA |
| 11. First Midwest IRA 1016-scheduled | 10,970.00 | 0.00 | DA | 0.00 | FA |
| 12. First Midwest 9010-scheduled | 3,078.00 | 0.00 | DA | 0.00 | FA |
| 13. Fisrt Midwest SEP-scheduled | 2,221.00 | 0.00 | DA | 0.00 | FA |
| 14. ED Ameritrade 15312-scheduled | 100.00 | 0.00 | DA | 0.00 | FA |
| 15. 2% interest in Willow Parc Development-schedul | 172,640.00 | 0.00 | DA | 0.00 | FA |
| 16. 12.495% ineterest in Weber Caton LLC-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 17. 2001 Cadillac deVille-scheduled | 4,525.00 | 0.00 | DA | 0.00 | FA |
| 18. 811 Diamond, Shorewood-scheduled | 260,000.00 | 0.00 | DA | 0.00 | FA |
| 19. 1/3 beneficial interest-Black & Larkin, Joliet-s | 118,000.00 | 93,401.79 |  | 93,401.79 | FA |
| 20. 16.67% interest in Pinal County, Arizona propert | Unknown | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A |  | 11.42 | Unknown |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 2
Exhibit A

| Case No: | 10-31464 | BL | Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|---|
| Case Name: | PERINAR, GARY G, SR | | | Date Filed (f) or Converted (c): | 07/15/10 (f) |
| | PERINAR, NANCY J | | | 341(a) Meeting Date: | 08/19/10 |
| | | | | Claims Bar Date: | 11/22/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $651,253.88 | $120,058.11 | | $120,069.53 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee liqudated certain assets. He fiiled a Motion to Compromise His Interest In Certain Vacant Property in Joliet., which was granted. The Trustee employed an accountant to prepare tax returns, which were filed.

Initial Projected Date of Final Report (TFR): 12/31/14    Current Projected Date of Final Report (TFR): 12/31/14

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 10-31464 -BL | | Trustee Name: | MICHAEL G. BERLAND |
| --- | --- | --- | --- | --- |
| Case Name: | PERINAR, GARY G, SR | | Bank Name: | The Bank of New York Mellon |
| | PERINAR, NANCY J | | Account Number / CD #: | *******2465 Money Market Account |
| Taxpayer ID No: | *******8398 | | | |
| For Period Ending: | 05/29/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |


| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/11/10 | | Gary & Nancy Perinar | Check to liquidate 3 First Midwest accounts | | 20,203.88 | | 20,203.88 |
| | | | DEPOSIT CHECK #8253 | | | | |
| | 1 | | Memo Amount: 7,757.02 | 1129-000 | | | |
| | | | First Midwest account 5096 | | | | |
| | 2 | | Memo Amount: 3,834.83 | 1129-000 | | | |
| | | | First Midwest account 3013 | | | | |
| | 3 | | Memo Amount: 8,612.03 | 1129-000 | | | |
| | | | First Midwest account 6010 | | | | |
| 08/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.77 | | 20,204.65 |
| 09/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,204.81 |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,204.98 |
| 11/18/10 | 4 | Gary 7 nancy Perinar | Non-exempt monies from bank account | 1129-000 | 6,452.44 | | 26,657.42 |
| | | | DEPOSIT CHECK #8280 | | | | |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 26,657.60 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 26,657.82 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 26,658.04 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 26,658.24 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 26,658.46 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 26,658.67 |
| 05/18/11 | 19 | First Midwest Bank | Partial payment of net proceeds for sale of 1/3 interest | | 46,700.89 | | 73,359.56 |
| | | | DEPOSIT CHECK #654739 | | | | |
| | | | Deductions from gross sales price taken from this deposit | | | | |
| | | | Memo Amount: 48,299.10 | 1110-000 | | | |
| | | | Sale of 1/3 int. in Black & Larkin | | | | |
| | | | Memo Amount: ( 732.77 ) | 5800-000 | | | |
| | | | 2010 Taxes | | | | |

Page Subtotals  73,359.56  0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 10-31464 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | PERINAR, GARY G, SR | Bank Name: | The Bank of New York Mellon |
| | PERINAR, NANCY J | Account Number / CD #: | *******2465  Money Market Account |
| Taxpayer ID No: | *******8398 | | |
| For Period Ending: | 05/29/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Memo Amount:   (       387.94 )<br>2011 Taxes | 5800-000 | | | |
| | | | Memo Amount:   (        50.00 )<br>Assignment Fee | 2500-000 | | | |
| | | | Memo Amount:   (        95.00 )<br>State Taxes | 2820-000 | | | |
| | | | Memo Amount:   (       285.00 )<br>City Taxes | 2820-000 | | | |
| | | | Memo Amount:   (        47.50 )<br>County Taxes | 2820-000 | | | |
| 05/18/11 | 19 | First Midwest Bank | Partial payment for net proceeds of 1/3 interest<br>DEPOSIT CHECK #654740 | 1110-000 | 46,700.90 | | 120,060.46 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.40 | | 120,061.86 |
| 06/16/11 | 001001 | Gloria Longest | Payment for tax returns per court<br>order | 6310-000 | | 500.00 | 119,561.86 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.97 | | 119,562.83 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.00 | | 119,563.83 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.00 | | 119,564.83 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 278.44 | 119,286.39 |
| 09/07/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -237.49 | 119,523.88 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.97 | | 119,524.85 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 245.48 | 119,279.37 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.00 | | 119,280.37 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 236.92 | 119,043.45 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.96 | | 119,044.41 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 260.94 | 118,783.47 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.00 | | 118,784.47 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 244.07 | 118,540.40 |
| 01/03/12 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -244.07 | 118,784.47 |

Page Subtotals     46,709.20     1,284.29

UST Form 101-7-TFR (5/1/2011) (Page: 6)
LFORM24

Ver: 16.06a

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 10-31464 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | PERINAR, GARY G, SR | Bank Name: | The Bank of New York Mellon |
|  | PERINAR, NANCY J | Account Number / CD #: | *******2465 Money Market Account |
| Taxpayer ID No: | *******8398 |  |  |
| For Period Ending: | 05/29/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.77 | | 118,785.24 |
| 01/25/12 | | Transfer to Acct #*******4778 | Bank Funds Transfer | 9999-000 | | 118,785.24 | 0.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 68,502.98 | COLUMN TOTALS | | 120,069.53 | 120,069.53 | 0.00 |
| Memo Allocation Disbursements: | 1,598.21 | Less: Bank Transfers/CD's | | 0.00 | 118,785.24 | |
| | | Subtotal | | 120,069.53 | 1,284.29 | |
| Memo Allocation Net: | 66,904.77 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 120,069.53 | 1,284.29 | |

Page Subtotals   0.77   118,785.24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4
Exhibit B

| Case No: | 10-31464 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | PERINAR, GARY G, SR | Bank Name: | The Bank of New York Mellon |
| | PERINAR, NANCY J | Account Number / CD #: | *******2466  Checking Account |
| Taxpayer ID No: | *******8398 | | |
| For Period Ending: | 05/29/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | |
|---|---|---|
| Memo Allocation Receipts: | 0.00 | |
| Memo Allocation Disbursements: | 0.00 | |
| Memo Allocation Net: | 0.00 | |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals    0.00    0.00

UST Form 101-7-TFR (5/1/2011) (Page: 8)

LFORM24

Ver: 16.06a

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5
Exhibit B

| Case No: | 10-31464 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | PERINAR, GARY G, SR | Bank Name: | Congressional Bank |
|  | PERINAR, NANCY J | Account Number / CD #: | *******4778 Checking Account |
| Taxpayer ID No: | *******8398 |  |  |
| For Period Ending: | 05/29/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 01/25/12 |  | Transfer from Acct #*******2465 | Bank Funds Transfer | 9999-000 | 118,785.24 |  | 118,785.24 |

|  |  |  |  |  |
|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 118,785.24 | 0.00 | 118,785.24 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 118,785.24 | 0.00 |
|  |  | Subtotal | 0.00 | 0.00 |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors |  | 0.00 |
|  |  | Net | 0.00 | 0.00 |

|  |  |  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 68,502.98 | TOTAL - ALL ACCOUNTS |  |  |  |
| Total Allocation Disbursements: | 1,598.21 | Money Market Account - *******2465 | 120,069.53 | 1,284.29 | 0.00 |
|  |  | Checking Account - *******2466 | 0.00 | 0.00 | 0.00 |
| Total Memo Allocation Net: | 66,904.77 | Checking Account - *******4778 | 0.00 | 0.00 | 118,785.24 |
|  |  |  | 120,069.53 | 1,284.29 | 118,785.24 |
|  |  |  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   118,785.24   0.00

UST Form 101-7-TFR (5/1/2011) (Page: 9)
LFORM24

Ver: 16.06a

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: May 29, 2012 |
|---|---|---|---|---|---|---|

Case Number: 10-31464　　　　　　　　　　　　Claim Class Sequence
Debtor Name: PERINAR, GARY G, SR

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 200<br>2100-00 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL 60602 | Administrative | | $0.00 | $9,253.39 | $9,253.39 |
| 200<br>2200-00 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL 60602 | Administrative | | $0.00 | $95.02 | $95.02 |
| 1<br>610<br>7100-00 | FIRST COMMUNITY BANK OF JOLIET<br>C/O STEVEN PLATO TROY IT'S ATTORNEY<br>116 NORTH CHICAGO STREET, SUITE 202<br>JOLIET, IL 60432 | Unsecured | | $0.00 | $18,115.25 | $18,115.25 |
| 2<br>610<br>7100-00 | First Midwest Bank<br>300 N. Hunt Club Road<br>Gurnee, IL 60031-9003 | Unsecured | | $0.00 | $116,594.39 | $116,594.39 |
| 3<br>610<br>7100-00 | Standard Bank and Trust Company<br>c/o James B Carrol & Assoc<br>7800 W 95th St 2nd Fl East<br>Hickory Hills, IL 60457 | Unsecured | | $0.00 | $21,198,879.00 | $3,058,528.92 |
| | Case Totals: | | | $0.00 | $21,342,937.05 | $3,202,586.97 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-31464
Case Name: PERINAR, GARY G, SR
PERINAR, NANCY J
Trustee Name: MICHAEL G. BERLAND

Balance on hand $ 118,785.24

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 9,333.39 | $ 0.00 | $ 9,333.39 |
| Trustee Expenses: MICHAEL G. BERLAND | $ 95.02 | $ 0.00 | $ 95.02 |

Total to be paid for chapter 7 administrative expenses  $ 9,428.41
Remaining Balance  $ 109,356.83

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,193,238.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | FIRST COMMUNITY BANK OF JOLIET C/O STEVEN PLATO TROY IT'S ATTORNEY 116 NORTH CHICAGO STREET, SUITE 202 JOLIET, IL 60432 | $ 18,115.25 | $ 0.00 | $ 620.38 |
| 2 | First Midwest Bank 300 N. Hunt Club Road Gurnee, IL 60031-9003 | $ 116,594.39 | $ 0.00 | $ 3,992.93 |
| 3 | Standard Bank and Trust Company c/o James B Carrol & Assoc 7800 W 95th St 2nd Fl East Hickory Hills, IL 60457 | $ 3,058,528.92 | $ 0.00 | $ 104,743.52 |
| | Total to be paid to timely general unsecured creditors | | | $ 109,356.83 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

UST Form 101-7-TFR (5/1/2011) (Page: 12)

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE