UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
PERINAR, GARY G, SR § Case No. 10-31464
PERINAR, NANCY J §
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   CLERK OF THE COURT
   219 S. Dearborn
   Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 07/27/2012 in Courtroom 201,
   United States Courthouse
   Will County Court Annex Building
   57 N. Ottawa Street, Suite 201, Joliet, IL
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/26/2012          By: /s/ Michael G. Berland
                                              Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
PERINAR, GARY G, SR § Case No. 10-31464
PERINAR, NANCY J §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 121,667.74 |
| and approved disbursements of | $ | 2,882.50 |
| leaving a balance on hand of[1] | $ | 118,785.24 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 9,333.39 | $ 0.00 | $ 9,333.39 |
| Trustee Expenses: MICHAEL G. BERLAND | $ 95.02 | $ 0.00 | $ 95.02 |
| Total to be paid for chapter 7 administrative expenses | | $ | 9,428.41 |
| Remaining Balance | | $ | 109,356.83 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,193,238.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | FIRST COMMUNITY BANK OF JOLIET C/O STEVEN PLATO TROY IT'S ATTORNEY 116 NORTH CHICAGO STREET,SUITE 202 JOLIET, IL  60432 | $ 18,115.25 | $ 0.00 | $ 620.38 |
| 2 | First Midwest Bank 300 N. Hunt Club Road Gurnee, IL  60031-9003 | $ 116,594.39 | $ 0.00 | $ 3,992.93 |
| 3 | Standard Bank and Trust Company c/o James B Carrol & Assoc 7800 W 95th St 2nd Fl East Hickory Hills, IL  60457 | $ 3,058,528.92 | $ 0.00 | $ 104,743.52 |

Total to be paid to timely general unsecured creditors     $     109,356.83

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Michael G. Berland
Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Gary G Perinar  
Nancy J Perinar  
     Debtors

Case No. 10-31464-BWB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: tmaurer     Page 1 of 2     Date Rcvd: Jun 28, 2012  
                Form ID: pdf006     Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2012.

```
db/jdb       +Gary G Perinar, Sr,   Nancy J Perinar,    811 Diamond Head Drive East,   Shorewood, IL 60404-8130
15850862     +Bjekich, Paul,   116 N. Chicago Street,    Suite 204,   Joliet, IL 60432-4296
16280389     +DIRECTV,   POBox 6650,   Englewood CO 80155-6650
15850863     +E J Peskind,   Walker & Peskind, PLLC,   16100 N 71st Street, Suite 190,
               Scottsdale, AZ 85254-2274
16056753     +FIRST COMMUNITY BANK OF JOLIET,   C/O STEVEN PLATO TROY IT'S ATTORNEY,   116 NORTH CHICAGO STREET,
               SUITE 202,   JOLIET,ILLINOIS 60432-4207
16280391      FMS Inc,   POBox 707601,   Tulsa OK 74170-7601
15850864     +First American Bank,   1650 Louis Ave.,   Elk Grove Village, IL 60007-2350
15850865     +First Comm Bank Of Jol,   2801 Black Rd,   Joliet, IL 60435-2929
15850867     +First Midwest Bank of Joliet,   50 W. Jefferson,   Joliet, IL 60432-4399
15850869     +John W. D'Arcy,   c/o D'Arcy Buick Pontiac GMC,   2022 Esington Road,   Joliet, IL 60435-1769
15850870     +Kubinski, Richard,   Route 1. River Road,   Joliet, IL 60404
16280390     +Macy's,   attn:Recovery/Compliance Dept,   POBox 8053,   Mason OH 45040-8053
15850871     +Patrick B. D'Arcy,   C/o D'Arcy Buick Pontiac GMC,   2022 Esington Road,   Joliet, IL 60435-1769
15850873     +Tezak Investment Corporation,   2340 S. Standage,   Mesa, AZ 85202-6615
15850874     +Theodore Benson,   23118 Sandpiper Cove,   Plainfield, IL 60585-9857
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
15850866     +E-mail/Text: fmbbankruptcy@firstmidwest.com Jun 29 2012 00:28:26     First Midwest Bank,
               300 N. Hunt Club Road,   Gurnee, IL 60031-2502
15850868     +E-mail/Text: fmbbankruptcy@firstmidwest.com Jun 29 2012 00:28:26     First Midwest Bank/na,
               214 Washington St,   Waukegan, IL 60085-5618
15850872     +E-mail/Text: james.carroll@standardbanks.com Jun 29 2012 00:27:00     Standard Bank & Trust Co.,
               7800 W. 95th Street,   Hickory Hills, IL 60457-2298
16232367     +E-mail/Text: james.carroll@standardbanks.com Jun 29 2012 00:27:00
               Standard Bank and Trust Company,   c/o James B Carrol & Assoc,   7800 W 95th St 2nd Fl East,
               Hickory Hills IL 60457-2298
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15953750     ##++WEBER CATON LLC,   14710 S NAPERVILLE RD STE 102,   PLAINFIELD IL 60544-3315
             (address filed with court: Weber Caton LLC,   307 W Naperville Rd #105,   Plainfiled IL 60544)
                                                                                          TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 30, 2012**         **Signature:** _Joseph Speetjens_ (signature)

```
District/off: 0752-1           User: tmaurer               Page 2 of 2                  Date Rcvd: Jun 28, 2012
                               Form ID: pdf006             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 27, 2012 at the address(es) listed below:
          Donna B Wallace   on behalf of Debtor Gary Perinar dbwallace@ameritech.net
          Jonathan N Rogers   on behalf of Creditor   First Midwest Bank jrogers@skdaglaw.com
          Michael G Berland    einstein829@earthlink.net,   IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
          Michael L Sherman    on behalf of Creditor   First Midwest Bank NA shermlaw1@aol.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Paul Dunn Lynch    on behalf of Creditor   Standard Bank and Trust Company jbcattysatlaw@yahoo.com,
           paul.lynch@standardbanks.com
                                                                                      TOTAL: 6