UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
PERINAR, GARY G, SR § Case No. 10-31464
PERINAR, NANCY J §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                                   Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:                   Claims Discharged
                                                                       Without Payment:


Total Expenses of Administration:

---

    3) Total gross receipts of $             (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter    on           . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/MICHAEL G. BERLAND_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| MICHAEL G. BERLAND | | | | | |
| MICHAEL G. BERLAND | | | | | |
| MICHAEL G. BERLAND | | | | | |
| Assignment Fee | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| City Taxes | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| County Taxes | | | | | |
| State Taxes | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gloria Longest | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 2010 Taxes | | | | | |
| | 2011 Taxes | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | FIRST COMMUNITY BANK OF JOLIET | | | | | |
| 2 | FIRST MIDWEST BANK | | | | | |
| 3 | STANDARD BANK AND TRUST COMPANY | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-31464 | BL | Judge: Bruce W. Black | | Trustee Name: | MICHAEL G. BERLAND |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | PERINAR, GARY G, SR | | | | Date Filed (f) or Converted (c): | 07/15/10 (f) |
| | PERINAR, NANCY J | | | | 341(a) Meeting Date: | 08/19/10 |
| For Period Ending: | 12/18/12 | | | | Claims Bar Date: | 11/22/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. First Midwest Bank 5096-scheduled | 7,757.02 | 7,757.02 | | 7,757.02 | FA |
| 2. First Midwest Bank 3013-scheduled | 3,834.83 | 3,834.83 | | 3,834.83 | FA |
| Part of check for $20, 203.88 | | | | | |
| 3. First Midwest Bank 6010-scheduled | 8,612.03 | 8,612.03 | | 8,612.03 | FA |
| Part of check for $20, 203.88 | | | | | |
| 4. First Midwest account 9447-scheduled | 44,000.00 | 6,452.44 | | 6,452.44 | FA |
| The trustee detrmined some on the monies in this account were not exempt. | | | | | |
| 5. Household furniture-scheduled | 3,000.00 | 0.00 | | 0.00 | FA |
| 6. Wearing apparel-scheduled | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Wedding bank & diamond-scheduled | 500.00 | 0.00 | | 0.00 | FA |
| 8. Shotgun-scheduled | 50.00 | 0.00 | | 0.00 | FA |
| 9. Term life policy-scheduled | 0.00 | 0.00 | | 0.00 | FA |
| 10. First Midwest IRA 0018-scheduled | 10,966.00 | 0.00 | | 0.00 | FA |
| 11. First Midwest IRA 1016-scheduled | 10,970.00 | 0.00 | | 0.00 | FA |
| 12. First Midwest 9010-scheduled | 3,078.00 | 0.00 | | 0.00 | FA |
| 13. Fisrt Midwest SEP-scheduled | 2,221.00 | 0.00 | | 0.00 | FA |
| 14. ED Ameritrade 15312-scheduled | 100.00 | 0.00 | | 0.00 | FA |
| 15. 2% interest in Willow Parc Development-schedul | 172,640.00 | 0.00 | | 0.00 | FA |
| 16. 12.495% ineterest in Weber Caton LLC-scheduled | 0.00 | 0.00 | | 0.00 | FA |
| 17. 2001 Cadillac deVille-scheduled | 4,525.00 | 0.00 | | 0.00 | FA |
| 18. 811 Diamond, Shorewood-scheduled | 260,000.00 | 0.00 | | 0.00 | FA |
| 19. 1/3 beneficial interest-Black & Larkin, Joliet-s | 118,000.00 | 93,401.79 | | 93,401.79 | FA |
| 20. 16.67% interest in Pinal County, Arizona propert | Unknown | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 11.42 | Unknown |

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

Ver: 17.00b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| Case No: | 10-31464    BL    Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | PERINAR, GARY G, SR | Date Filed (f) or Converted (c): | 07/15/10 (f) |
|  | PERINAR, NANCY J | 341(a) Meeting Date: | 08/19/10 |
|  |  | Claims Bar Date: | 11/22/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $651,253.88 | $120,058.11 |  | $120,069.53 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee liqudated certain assets. He fiiled a Motion to Compromise His Interest In Certain Vacant Property in

Joliet., which was granted. The Trustee employed an accountant to prepare tax returns, which were filed. The Trustee

filed his Final Report and made the distribution to creditors.


Initial Projected Date of Final Report (TFR): 12/31/14    Current Projected Date of Final Report (TFR): 12/31/14

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 10-31464 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | PERINAR, GARY G, SR | | Bank Name: | The Bank of New York Mellon |
| | PERINAR, NANCY J | | Account Number / CD #: | *******2465 Money Market Account |
| Taxpayer ID No: | *******8398 | | | |
| For Period Ending: | 12/18/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/11/10 | | Gary & Nancy Perinar | Check to liquidate 3 First Midwest accounts | | 20,203.88 | | 20,203.88 |
| | | | DEPOSIT CHECK #8253 | | | | |
| | 1 | | Memo Amount: 7,757.02 | 1129-000 | | | |
| | | | First Midwest account 5096 | | | | |
| | 2 | | Memo Amount: 3,834.83 | 1129-000 | | | |
| | | | First Midwest account 3013 | | | | |
| | 3 | | Memo Amount: 8,612.03 | 1129-000 | | | |
| | | | First Midwest account 6010 | | | | |
| 08/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.77 | | 20,204.65 |
| 09/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,204.81 |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,204.98 |
| 11/18/10 | 4 | Gary 7 nancy Perinar | Non-exempt monies from bank account | 1129-000 | 6,452.44 | | 26,657.42 |
| | | | DEPOSIT CHECK #8280 | | | | |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 26,657.60 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 26,657.82 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 26,658.04 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 26,658.24 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 26,658.46 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 26,658.67 |
| 05/18/11 | 19 | First Midwest Bank | Partial payment of net proceeds for sale of 1/3 interest | | 46,700.89 | | 73,359.56 |
| | | | DEPOSIT CHECK #654739 | | | | |
| | | | Deductions from gross sales price taken from this deposit | | | | |
| | | | Memo Amount: 48,299.10 | 1110-000 | | | |
| | | | Sale of 1/3 int. in Black & Larkin | | | | |
| | | | Memo Amount: ( 732.77 ) | 5800-000 | | | |
| | | | 2010 Taxes | | | | |

Page Subtotals 73,359.56 0.00

Ver: 17.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2     Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**    Exhibit 9

| Case No: | 10-31464 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | PERINAR, GARY G, SR | Bank Name: | The Bank of New York Mellon |
| | PERINAR, NANCY J | Account Number / CD #: | *******2465  Money Market Account |
| Taxpayer ID No: | *******8398 | | |
| For Period Ending: | 12/18/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Memo Amount:  ( 387.94 )  2011 Taxes | 5800-000 | | | |
| | | | Memo Amount:  ( 50.00 )  Assignment Fee | 2500-000 | | | |
| | | | Memo Amount:  ( 95.00 )  State Taxes | 2820-000 | | | |
| | | | Memo Amount:  ( 285.00 )  City Taxes | 2820-000 | | | |
| | | | Memo Amount:  ( 47.50 )  County Taxes | 2820-000 | | | |
| 05/18/11 | 19 | First Midwest Bank | Partial payment for net proceeds of 1/3 interest DEPOSIT CHECK #654740 | 1110-000 | 46,700.90 | | 120,060.46 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.40 | | 120,061.86 |
| 06/16/11 | 001001 | Gloria Longest | Payment for tax returns per court order | 6310-000 | | 500.00 | 119,561.86 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.97 | | 119,562.83 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.00 | | 119,563.83 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.00 | | 119,564.83 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 278.44 | 119,286.39 |
| 09/07/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -237.49 | 119,523.88 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.97 | | 119,524.85 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 245.48 | 119,279.37 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.00 | | 119,280.37 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 236.92 | 119,043.45 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.96 | | 119,044.41 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 260.94 | 118,783.47 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.00 | | 118,784.47 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 244.07 | 118,540.40 |
| 01/03/12 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -244.07 | 118,784.47 |
| | | | Page Subtotals | | 46,709.20 | 1,284.29 | |

Ver: 17.00b

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-31464 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | PERINAR, GARY G, SR | Bank Name: | The Bank of New York Mellon |
|  | PERINAR, NANCY J | Account Number / CD #: | *******2465  Money Market Account |
| Taxpayer ID No: | *******8398 |  |  |
| For Period Ending: | 12/18/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.77 |  | 118,785.24 |
| 01/25/12 |  | Transfer to Acct #*******4778 | Bank Funds Transfer | 9999-000 |  | 118,785.24 | 0.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 68,502.98 | COLUMN TOTALS |  | 120,069.53 | 120,069.53 | 0.00 |
| Memo Allocation Disbursements: | 1,598.21 | Less: Bank Transfers/CD's |  | 0.00 | 118,785.24 |  |
|  |  | Subtotal |  | 120,069.53 | 1,284.29 |  |
| Memo Allocation Net: | 66,904.77 | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  | Net |  | 120,069.53 | 1,284.29 |  |

Page Subtotals         0.77         118,785.24

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-31464 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | PERINAR, GARY G, SR | Bank Name: | The Bank of New York Mellon |
| | PERINAR, NANCY J | Account Number / CD #: | *******2466 Checking Account |
| Taxpayer ID No: | *******8398 | | |
| For Period Ending: | 12/18/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | |
|---|---|---|
| Memo Allocation Receipts: | 0.00 | |
| Memo Allocation Disbursements: | 0.00 | |
| Memo Allocation Net: | 0.00 | |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals 0.00 0.00

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5
Exhibit 9

| Case No: | 10-31464 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | PERINAR, GARY G, SR | Bank Name: | Congressional Bank |
| | PERINAR, NANCY J | Account Number / CD #: | *******4778 Checking Account |
| Taxpayer ID No: | *******8398 | | |
| For Period Ending: | 12/18/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******2465 | Bank Funds Transfer | 9999-000 | 118,785.24 | | 118,785.24 |
| 07/30/12 | 001001 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL 60602 | Chapter 7 Compensation/Fees | 2100-000 | | 9,333.39 | 109,451.85 |
| 07/30/12 | 001002 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL 60602 | Chapter 7 Expenses | 2200-000 | | 95.02 | 109,356.83 |
| 07/30/12 | 001003 | FIRST COMMUNITY BANK OF JOLIET<br>C/O STEVEN PLATO TROY IT'S ATTORNEY<br>116 NORTH CHICAGO STREET,SUITE 202<br>JOLIET, IL 60432 | Claim 1, Payment 3.42463% | 7100-000 | | 620.38 | 108,736.45 |
| 07/30/12 | 001004 | First Midwest Bank<br>300 N. Hunt Club Road<br>Gurnee, IL 60031-9003 | Claim 2, Payment 3.42463% | 7100-000 | | 3,992.93 | 104,743.52 |
| 07/30/12 | 001005 | Standard Bank and Trust Company<br>c/o James B Carrol & Assoc<br>7800 W 95th St 2nd Fl East<br>Hickory Hills, IL 60457 | Claim 3, Payment 3.42464% | 7100-000 | | 104,743.52 | 0.00 |

Page Subtotals       118,785.24       118,785.24

Ver: 17.00b

LFORM24
UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-31464 -BL |
| Case Name: | PERINAR, GARY G, SR |
| | PERINAR, NANCY J |
| Taxpayer ID No: | *******8398 |
| For Period Ending: | 12/18/12 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******4778 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 118,785.24 | 118,785.24 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 118,785.24 | 0.00 | |
| | | Subtotal | 0.00 | 118,785.24 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 118,785.24 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 68,502.98 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 1,598.21 | Money Market Account - *******2465 | 120,069.53 | 1,284.29 | 0.00 |
| | | Checking Account - *******2466 | 0.00 | 0.00 | 0.00 |
| Total Memo Allocation Net: | 66,904.77 | Checking Account - *******4778 | 0.00 | 118,785.24 | 0.00 |
| | | | ----------------------- | ----------------------- | ----------------------- |
| | | | 120,069.53 | 120,069.53 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

Ver: 17.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*